IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 15-70098-rbk |
| | § | |
| ARABELLA PETROLEUM COMPANY, LLC | § | Chapter 11 |
| | § | |
| Debtor | § | |
| | § | |

| | | |
|---|---|---|
| MORRIS D. WEISS, CHAPTER 11 TRUSTEE FOR ARABELLA PETROLEUM COMPANY, LLC | § § § | Adversary Pro. No. 16-07002 |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| ARABELLA EXPLORATION, INC. ARABELLA EXPLORATION, LLC, ARABELLA OPERATING, LLC, TRANS-TEXAS LAND & TITLE, LLC, PLATINUM PARTNERS CREDIT OPPORTUNITIES MASTER FUND, LP, PLATINUM LONG TERM GROWTH VIII, LLC, and JASON HOISAGER, Individually, | § § § § § § § § § | |
| Defendants. | § | |

## RESERVE REPORT – EXHIBIT 6

**IN SUPPORT OF DEFENDANTS PLATINUM PARTNERS CREDIT OPPORTUNITIES MASTER FUND, LP'S AND PLATINUM LONG TERM GROWTH VIII, LLC'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COUNTS I, II AND III OF THE PLAINTIFF TRUSTEE'S COMPLAINT**

**FILED UNDER SEAL PURSUANT TO THE AGREED CONFIDENTIALITY AND PROTECTIVE ORDER, DN 192**

{00633083.1}