UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE:<br>ARABELLA PETROLEUM<br>  COMPANY, LLC,<br><br>    Reorganized Debtor. | § § § § § | CASE NO. 15-70098-TMD-11<br><br>CHAPTER 11 |

| | | |
|---|---|---|
| MORRIS D. WEISS,<br>LIQUIDATING TRUSTEE OF ARABELLA<br>PETROLEUM COMPANY, LLC,<br>LIQUIDATING TRUST<br>    Plaintiff<br><br>v.<br><br>ARABELLA EXPLORATION INC.,<br>ARABELLA EXPLORATION LLC,<br>ARABELLA OPERATING LLC,<br>TRANS-TEXAS LAND & TITLE, LLC,<br>PLATINUM PARTNERS CREDIT<br>OPPORTUNITIES MASTER FUND LP,<br>PLATINUM LONG TERM<br>GROWTH VIII, LLC, and<br>JASON HOISAGER, Individually,<br>    Defendants. | § § § § § § § § § § § § § § § § § | ADV. NO. 16-07002-TMD |

**ORDER GRANTING MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS**

4842-8832-8940.1

Came on for consideration Plaintiff Morris D. Weiss, Trustee for Arabella Petroleum Company, LLC Liquidating Trust's Motion for Leave to Designate Expert Witness. After considering the Motion, the Court is of the opinion that it should be granted. It is, therefore,

**ORDERED** that the Motion is granted and the Plaintiff is permitted to substitute Jason Rae of Lain Faulkner as an expert witness in place of Paul French.

###

Entry Requested By:
Mark C. Taylor
WALLER LANSDEN DORTCH & DAVIS LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
Mark.Taylor@wallerlaw.com

4842-8832-8940.1